**01–1542.  Vasquez v. Kutscher.**
Certified State Law Question, No. 301CV7059. On preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions certified by the United States District Court for the Northern District of Ohio, Western Division:

"1. Does Ohio Revised Code § 3101.05(A), as a matter of statutory interpretation, require Social Security numbers from marriage license applicants who do not have a Social Security number?

"2. If question of law number one is answered affirmatively, is the State of Ohio's requirement, under Ohio Revised Code § 3101.05(A), that both applicants for marriage licenses provide Social Security numbers as one of the grounds of eligibility to marry, unconstitutional as written or applied under the Due Process Clause of the Ohio Constitution, Article I, § 16?

"3. If question of law number one is answered affirmatively and question of law number two negatively, is the State of Ohio's requirement, under Ohio Revised Code § 3101.05(A), that both applicants for marriage licenses provide Social Security numbers as one of the grounds of eligibility to marry, unconstitutional as written or applied under the Equal Protection Clause of the Ohio Constitution, Article 1, § 2?"

**01–1555.  State v. Bass.**
Hardin App. No. 6–2000–12. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 01–1370, *State v. Bass,* Hardin App. No. 6–2000–12, and cause held for the decision in 01–1161 and 01–1247, *State v. Bush,* Union App. No. 14–2000–44.

**01–1646.  State v. Oldham.**
Cuyahoga App. No. 73644. On motion for leave to file delayed appeal. Motion denied.

**01–1672.  State v. Riley.**
Washington App. No. 99CA51. On motion for leave to file delayed appeal. Motion granted.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–1681.  State v. O'Hara.**
Hamilton App. Nos. C–000314 and C–000318. On motion for leave to file delayed appeal. Motion granted.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–1702.  State ex rel. Beacon Journal Publishing Co. v. Bond.**
Summit App. No. 20329. On motion for stay of execution without bond of court of appeals' judgment. Motion granted.

**01–1707.  Fuller v. Fuller.**
Scioto App. No. 99CA2687. On motion for stay of court of appeals' judgment. Motion denied.
    MOYER, C.J., dissents.

**01–1723.  State v. Frazier.**
Cuyahoga App. No. 54771. On motion for appointment of counsel. Motion granted and cause remanded to the court of appeals for appointment of counsel.
    DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–1729.  State v. Philpott.**
Cuyahoga App. No. 74392. On motion for leave to file delayed appeal. Motion denied.

**01–1732.  State v. Latorres.**
Ashtabula App. Nos. 2000–A–0060 and 2000–A–0062. On motion for stay of court of appeals' judgment. Motion granted.
    F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1760.  Gruger v. Koehler.**
Mahoning App. No. 01CA16. On motion for stay of sheriff's deed and order confirming sale. Motion denied.